Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Eric Davis**<br>SSN: XXX-XX-6987 | Case No. 10-29944 JTM<br><br>Chapter 7 |
| Debtor(s) | |

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1.    On September 29, 2011, the Court approved the trustee's final report and proposed distribution.

2.    Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

T\DavisNoticeofPymtSmDividends    1

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 1. | Questar Gas Company Bankruptcy/DNR244 | 1140 Wet 200 South Salt Lake City, UT 84110-3194 | $2.10 |

3. These funds are on deposit in Bank of America, account number 4438181982.

4. A check in the amount of Two Dollars and Ten Cents ($2.10), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** September 29, 2011

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

T:\DavisNoticeofPymtSmDividends

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2011, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

> Office of the United States Trustee
> Attn: Rayla Meyer
> Ken Garff Building
> 405 South Main Street
> Suite 300
> Salt Lake City, UT 84111
>
> Eric Davis
> 8656 West Helen Drive
> Magna, UT 84044-1751
>
> Tony G. Jones
> Law Office of Davis & Jones, PC
> 180 East 2100 South
> Suite 102
> Salt Lake City, UT 84115

*/s/ Ronee Christensen*

Date: 09/29/11

**DIVIDENDS REMITTED TO THE COURT**

Page:

Case Number 10-29944 - Davis, Eric

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Questar Gas Company**<br>Bankruptcy/DNR244<br>1140 West 200 South<br>PO Box 3194<br>Salt Lake City, UT 84110-3194<br>    Account Number 7161460319 | 000001 | 18.25 | 2.10 |
| ---------- Remittance Total --------------- | | **18.25** | **2.10** |

Elizabeth R. Loveridge, Trustee